IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ-513 |
| | ) | |
| ROBERT ROBINSON, | ) | Court Date: September 3rd, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E9651537)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 19th, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROBERT ROBINSON, did knowingly possess or cause to be present a firearm or other dangerous weapon in a federal facility.

(In violation of Title 18, United States Code, Section 930.)

Count II (Petty Offense – E1863570)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 19th, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROBERT ROBINSON, did drive a motor vehicle at a speed in excess of the posted speed limit.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-870.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 27, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov